UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMOND KHUDYAN<br><br>Petitioner,<br><br>-against-<br><br>REPUBLIC OF ARMENIA<br><br>Respondent. | Civil Action No. 1:24-cv-1054 |

**[PROPOSED] ORDER AND JUDGMENT**

UPON CONSIDERATION of Petitioner Edmond Khudyan's Petition to Recognize Arbitration Award Pursuant to 22 U.S.C. § 1650a ("Petition"), the declaration in support thereof, and accompanying exhibits, it is hereby

ORDERED that Petitioner's Petition is GRANTED, and it is further

ORDERED that:

a. The pecuniary obligation in the Annulment Decision in favor of Petitioner against Respondent is recognized and entered as a judgment by the Clerk of this Court in the same manner and with the same force and effect as if the Annulment Decision were a final judgment of this Court, as authorized by 22 U.S.C. § 1650a and Article 54 of the Convention on the Settlement of Investment Disputes between States and Nationals of Other States;

b. In accordance with the pecuniary obligation contained in the Annulment Decision, Respondent Armenia shall pay to Petitioner Edmond Khudyan the sum of US$ 438,393.84, and post-judgment interest shall accrue on the judgment at the statutory rate under 28 U.S.C. § 1961(a); and

    c. Respondent Armenia shall pay to Petitioner Edmond Khudyan the costs of this proceeding, and attorneys' fees. Petitioner shall within fourteen (14) days of this Order submit a statement of these costs.

SO ORDERED.

Dated: _____                     _____
                                                        United States District Judge