## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMOND KHUDYAN<br>1625 W. Glenoaks Blvd. # 303<br>Glendale, CA 91201<br><br>      Petitioner,<br><br>      -against-<br><br>REPUBLIC OF ARMENIA<br>Ministry of Foreign Affairs<br>Republic Square, Government House 2<br>0010 Yerevan<br>Republic of Armenia<br><br>      Respondent. | Civil Action No. 1:24-cv-1054 |

### NOTICE OF ERRATA

Petitioner, Edmond Khudyan, respectfully submits the following errata in connection with the initiating pleading, the Petition to Recognize Arbitration Award pursuant to 22 U.S.C. § 1650A (ECF No. 1):

The initiating pleading did not contain the address of each party or the D.C. Bar numbers of the attorneys for the petitioner as required by Local Civil Rule 5.1(c). The summons filed was also not the summons applicable for serving sovereigns under 28 U.S.C. § 1608. Petitioner is refiling the corrected Petition and the correct summons.

Dated: April 15, 2024                  Respectfully submitted,

                                                             /s/ Alexander S. Bedrosyan
                                             Alexander S. Bedrosyan (D.C. Bar 1044386)
                                             Tara J. Plochocki (D.C. Bar 989404)
                                             LEWIS BAACH KAUFMANN
                                             MIDDLEMISS PLLC

2

1050 K Street NW, Suite 400
Washington, DC 20001
Tel.: (202) 659-7874; Fax: (202) 466-5738
alexander.bedrosyan@lbkmlaw.com
tara.plochocki@lbkmlaw.com
*Attorneys for Petitioner Mr. Edmond Khudyan*
