Default - Rule 55A                                                                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

EDMOND KHUDYAN
        Plaintiff(s)

Civil Action: 24-cv-01054-RBW

v.

REPUBLIC OF ARMENIA
        Defendant(s)

**RE:** REPUBLIC OF ARMENIA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 19, 2024, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of October, 2024 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:      /s/ N. Wilkens
             Deputy Clerk