UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMOND KHUDYAN<br><br>      Petitioner,<br><br>-against-<br><br>REPUBLIC OF ARMENIA<br><br>      Respondent. | Civil Action No. 1:24-cv-1054 (RBW) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Motion (ECF No. 14), the Court ORDERS that:

1. The Entry of Default (ECF No. 8) is VACATED by consent of the Parties.

2. Petitioner's pending motion for default judgment (ECF No. 9) and Respondent's pending motion to set aside entry of default (ECF No. 13) are DENIED AS MOOT.

3. Service on Respondent is deemed completed and Respondent waives all objections regarding service, including under Fed. R. Civ. Proc. 12(b)(2), (5).

4. The following briefing schedule shall apply:

    a. Respondent's Opposition to the Petition (ECF No. 2-1) shall be filed on or before February 25, 2025.

    b. Petitioner's Reply to Respondent's Opposition shall be filed within fourteen (14) days of the filing of Respondent's Opposition.

SO ORDERED.

1

2

Dated: _____

                                                  THE HON. REGGIE B. WALTON
                                                  United States District Judge