UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------X

| | |
|---|---|
| EDMOND KHUDYAN, | : |
| Petitioner and Counter-Respondent, | : Civ. Action No.: 1:24-cv-1054 |
| - against - | : |
| REPUBLIC OF ARMENIA | : |
| Respondent and Counter-Petitioner. | : |

-------------------------------------------------------------X

## DECLARATION IN SUPPORT OF COUNTERPETITION TO ENFORCE AWARD AND OPPOSITION TO ENFORCEMENT OF ANNULMENT DECISION

I, Edward G. Baldwin, counsel for the Republic of Armenia ("Counter-petitioner" or "Armenia") hereby declare as follows:

1. I represented Armenia in a portion of the underlying Arbitration and in the Annulment brought by Petitioner Edmond Khudyan ("Khudyan" or "Petitioner") and Arin Capital & Investment Corp. ("Arin Capital" or "Award Debtor"). I am personally aware of various events in connection with this Arbitration and Annulment. I have undertaken to review matters related to this Arbitration and Annulment in which I was not personally involved.

2. Attached to this declaration as Exhibit 1 is the final ICSID award (the "Award") rendered by an arbitral tribunal (the "Tribunal") on December 15, 2021 in an arbitration (the "Arbitration") between Counter-petitioner and (a) Mr. Edmond Khudyan ("Petitioner" or "Khudyan") as well as (b) Arin Capital & Investment Corp. ("Arin Capital" or "Award Debtor"), pursuant to the Convention on the Settlement of Investment Disputes Between States and Nationals of Other States, dated March 18, 1965 (the "Washington Convention"), the Arbitration Rules of the International Centre for Settlement of Investment Disputes for Arbitration Proceedings, dated

April 10, 2006 ("ICSID Rules), and the Treaty between the United States of America and the Republic of Armenia Concerning the Reciprocal Encouragement and Protection of Investments signed on September 23, 1992 (the "BIT").

3. The Award contained a Cost Award for which Khudyan and Arin Capital were jointly and severally liable. Khudyan brought an annulment action. The Annulment Committee annulled the entire Cost Award from the Award with respect to Khudyan.

4. To my knowledge, Arin Capital has not paid the Cost Award from the Award and the amount due remains outstanding.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 25, 2025
Washington, DC

/s/ Edward Baldwin
Edward G. Baldwin (D.C. Bar No. 973850)