**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------------X
   EDMOND KHUDYAN,                              :
                                                :
         Petitioner and Counter-Respondent,     :     Civ. Action No.: 1:24-cv-1054
                                                :
                    - against -                 :
                                                :
   REPUBLIC OF ARMENIA                          :
                                                :
         Respondent and Counter-Petitioner.     :
                                                :
-------------------------------------------------------------X
```

**[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD AND DECLINING ENFORCEMENT OF THE ANNULMENT DECISION**

Upon consideration of Counter-Petitioner the Republic of Armenia's Petition to Enforce the Arbitration Award and Opposition to the Enforcement of the Annulment Decision, as well as the Opposition and Reply to the Counter-Petition, it is

**HEREBY ORDERED** that the Respondent's Counter-Petition is **GRANTED**. It is also **ORDERED** that the Petitioner's Petition to Enforce the Annulment Decision is **DENIED**. The Parties shall submit a proposed **JUDGMENT** in 21 days consistent with this **ORDER**.

**SO ORDERED**

Date: _____                                    _____
                                                    REGGIE B. WALTON
                                                    United States District Court