UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMOND KHUDYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-1054 (RBW) |
| ) | |
| REPUBLIC OF ARMENIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiff's Petition to Recognize Arbitration Award Pursuant to 22 U.S.C. § 1650a, ECF No. 1, is **GRANTED**. It is further

**ORDERED** that the defendant's counterpetition to confirm its arbitration award, see Opposition to Khudyan's Petition to Enforce Annulment Award, Counterpetition to Confirm Arbitral Award, ECF No. 15, is **DENIED**. It is further

**ORDERED** that, pursuant to 22 U.S.C § 1650a and Article 54 of the Convention on the Settlement of Investment Disputes between States and Nationals of Other States the arbitral award rendered in the plaintiff's favor on July 21, 2023, in ICSID Case No. ARB/17/36 (the "Award") is **CONFIRMED** and that the Award is entitled to full faith and credit in the same manner as a judgment of the Superior Court of the District of Columbia. It is further

**ORDERED** that, in accordance with the Award, judgment is **ENTERED** against the defendant in the principal amount of $438,393.84 plus post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 14th day of July, 2025.

REGGIE B. WALTON  
United States District Judge